■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE LLOYD, Also Known as TERRY MYERS, Appellant. [596 NYS2d 688] —Appeal from judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered January 9, 1991, convicting defendant, after a jury trial, of two counts of assault in the first degree and sentencing him, as a predicate felon, to concurrent terms of 7½ to 15 years, unanimously held in abeyance, and the matter remanded for an evidentiary hearing as to whether defendant was present at the *Sandoval* hearing.

Since our examination of the transcript of the *Sandoval* hearing does not clearly indicate whether defendant was present, we hold the appeal in abeyance and remand the matter for a hearing on that issue *(see, People v Rose,* 172 AD2d 230). Concur—Carro, J. P., Kupferman, Kassal and Rubin, JJ.